ACCEPTED
01-15-00523-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/15/2015 11:41:11 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00523-CV

### In the Court of Appeals
### For the First District of Texas
### at Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/15/2015 11:41:11 AM
CHRISTOPHER A. PRINE
Clerk

## GLENN BECKENDORFF, IN HIS OFFICIAL CAPACITY AS WALLER COUNTY JUDGE, FRANK POKLUDA, IN HIS OFFICIAL CAPACITY AS WALLER COUNTY PRECINCT TWO COMMISSIONER,
### and STAN KITZMAN,
### Appellants
### v.
## CITY OF HEMPSTEAD, TEXAS and CITIZENS AGAINST THE LANDFILL IN HEMPSTEAD and PINTAIL LANDFILL, INC., Appellees

### On Appeal from the 506th Judicial District Court
### of Waller County, Texas
### Trial Court Cause No. 13-03-21872

## MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Appellants, Glenn Beckendorff, in his official capacity as Waller County Judge, Frank Pokluda, in his official capacity as Waller County Precinct Two Commissioner, and Stan Kitzman, and move the Court for an extension of time to file their Response to Appellee's Motion to Show Authority, Motion for Damages Under Texas Rule of Appellate Procedure, and

Motion to Dismiss (hereafter referred to as "Motions"), and shows the Court as follows:

The deadline to respond to the Motions is approximately June 15, 2015. Counsel for Appellants, David Carp, was not involved in the underlying trial and cannot respond to the Motions without first reviewing the Clerk's record, which has not been fully filed at this time. (See attached Affidavit of David Carp).

WHEREFORE, Appellants respectfully request an extension to respond to the Motions until 30 days after the date the Clerk's record is filed with the Court so that counsel may have adequate time to review the record and file appropriate responses to the Motions.

Dated: June 15, 2015                    Respectfully submitted,

By: ____/s/ David A. Carp____
David A. Carp
TBN: 03836500
Herzog & Carp
427 Mason Park Boulevard
Katy, Texas 77450
713.781.7500  Phone
713.781.4797  Fax
dcarp@hcmlegal.com
**Attorneys for Appellant**s

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2015 a true and correct copy of the foregoing Motion for Extension to Respond to Motions, was delivered via e-service to the following:

James P. Allison
J. Eric Magee
Allison, Bass & Magee, LLP
A. O. Watson House
402 W. 12th Street
Austin, Texas 78701
**Attorneys for Waller County, Texas
and Waller County Commissioners Court**

Brent W. Ryan, Esq.
McElroy, Sullivan & Miller, LLP
P.O. Box 12127
Austin, TX 78711
**Attorneys for Pintail Landfill, LLC**

Terry L. Scarborough
Michael L. Woodward
V. Blayre Pena
Hance Scarborough, LLP
400 W 15th #950
Austin, Texas 78701

Eric Farrar, Esq.
Olson & Olson, LLP
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
**Attorneys for City of Hempstead**

Carol A. Chaney
Law Office of Carol A. Chaney
820 13th Street
P.O. Box 966
Hempstead, Texas 77445
**Attorneys for Citizens Against
the Landfill in Hempstead**

/s/ David A. Carp
David A. Carp